DYNAMIC FITNESS CORPORATION OF AMERICA
OF AMERICA
MACDADE BLVD & FAIRVIEW RD
WOODLYN PA 19094

| | |
|---|---|
| 10/24/2019 | 2620 |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

LINDA GRIMES
1300 RAMBLEWOOD LANE
WOODLYN PA 19094

Total Net Direct Deposit(s)
**$524.62**
AMOUNT



VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 10/07/19 to 10/20/19
Check Date: 10/24/19    Check #: 2620

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 524.62 | 15205.28 |
| NET PAY | 524.62 | 15205.28 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 56.00 | 11.6000 | 649.60 | 1289.00 | 14952.40 |
| Personal | | | | 56.00 | 649.60 |
| Holiday | | | | 40.00 | 464.00 |
| Sick | | | | 72.00 | 835.20 |
| Vacation | | | | 184.00 | 2134.40 |
| Total Hours | 56.00 | | | 1641.00 | |
| Gross Earnings | | | 649.60 | | 19035.60 |
| Total Hrs Worked | 56.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 40.28 | 1180.21 |
| Medicare | | 9.42 | 276.02 |
| Fed Income Tax | S 0 | 52.95 | 1734.28 |
| PA Income Tax | | 19.94 | 584.39 |
| PA Unemploy | | 0.39 | 11.42 |
| PA LRIDE-Del LS | | 2.00 | 44.00 |
| TOTAL | | 124.98 | 3830.32 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 524.62 | 15205.28 |

Payrolls by Paychex, Inc.

27 0027-LB74  Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS OF AMERICA
MACDADE BLVD & FAIRVIEW RD
WOODLYN PA 19094

ORG 1 400 Child Care
EE ID D2

| DATE | CHECK NO. |
|---|---|
| 10/10/2019 | 2612 |

PAY TO THE ORDER OF

LINDA GRIMES
1300 RAMBLEWOOD LANE
WOODLYN PA 19094

Total Net Direct Deposit(s)
**$531.34**
AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx   Employee ID: 42

Home Department: 400 Child Care

Pay Period: 09/23/19 to 10/06/19
Check Date: 10/10/19   Check #: 2612

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 531.34 | 14680.66 |
| **NET PAY** | **531.34** | **14680.66** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 56.75 | 11.6000 | 658.30 | 1233.00 | 14302.80 |
| Personal | | | | 56.00 | 649.60 |
| Holiday | | | | 40.00 | 464.00 |
| Sick | | | | 72.00 | 835.20 |
| Vacation | | | | 184.00 | 2134.40 |
| **Total Hours** | 56.75 | | | 1585.00 | |
| **Gross Earnings** | | | 658.30 | | 18386.00 |
| Total Hrs Worked | 56.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 40.81 | 1139.93 |
| Medicare | | 9.55 | 266.60 |
| Fed Income Tax | S 0 | 54.00 | 1681.33 |
| PA Income Tax | | 20.21 | 564.45 |
| PA Unemploy | | 0.39 | 11.03 |
| PA LRIDE-Del LS | | 2.00 | 42.00 |
| **TOTAL** | | 126.96 | 3705.34 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 531.34 | 14680.66 |

Payrolls by Paychex, Inc.

0027 0027-LB74  Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION OF AMERICA SPO  0027 LB74
OF AMERICA                                  ORG1 400 Child Care
MACDADE BLVD & FAIRVIEW RD                  EE ID: 42         DD
WOODLYN PA 19094

| DATE | CHECK NO. |
|---|---|
| 09/26/2019 | 2603 |

PAY TO THE
ORDER OF

LINDA GRIMES
1300 RAMBLEWOOD LANE
WOODLYN PA 19094

Total Net Direct Deposit(s)
**$522.38**
AMOUNT

VOID

DOLLARS

VOID THIS IS NOT A CHECK

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 09/09/19 to 09/22/19
Check Date: 09/26/19    Check #: 2603

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 522.38 | 14149.32 |
| NET PAY | 522.38 | 14149.32 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 55.75 | 11.6000 | 646.70 | 1176.25 | 13644.50 |
| Personal | | | | 56.00 | 649.60 |
| Holiday | | | | 40.00 | 464.00 |
| Sick | | | | 72.00 | 835.20 |
| Vacation | | | | 184.00 | 2134.40 |
| Total Hours | 55.75 | | | 1528.25 | |
| Gross Earnings | | | 646.70 | | 17727.70 |
| Total Hrs Worked | 55.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 40.10 | 1099.12 |
| Medicare | | 9.38 | 257.05 |
| Fed Income Tax | S 0 | 52.60 | 1627.33 |
| PA Income Tax | | 19.85 | 544.24 |
| PA Unemploy | | 0.39 | 10.64 |
| PA LRIDE-Del LS | | 2.00 | 40.00 |
| TOTAL | | 124.32 | 3578.38 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 522.38 | 14149.32 |

Payrolls by Paychex, Inc.   Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION OF AMERICA SPORTS FACTORY
OF AMERICA
MACDADE BLVD & FAIRVIEW RD
WOODLYN PA 19094

ORG: 400 Child Care
EE ID: 42    DD

| DATE | CHECK NO. |
|---|---|
| 09/12/2019 | 2594 |

PAY TO THE ORDER OF

LINDA GRIMES
1300 RAMBLEWOOD LANE
WOODLYN PA 19094

Total Net Direct Deposit(s)
**$502.24**
AMOUNT

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 08/26/19 to 09/08/19
Check Date: 09/12/19    Check #: 2594

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 502.24 | 13626.94 |
| **NET PAY** | **502.24** | **13626.94** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 41.50 | 11.6000 | 481.40 | 1120.50 | 12997.80 |
| Personal | 4.00 | 11.6000 | 46.40 | 56.00 | 649.60 |
| Holiday | 8.00 | 11.6000 | 92.80 | 40.00 | 464.00 |
| Sick | | | | 72.00 | 835.20 |
| Vacation | | | | 184.00 | 2134.40 |
| **Total Hours** | 53.50 | | | 1472.50 | |
| **Gross Earnings** | | | 620.60 | | 17081.00 |
| **Total Hrs Worked** | 45.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 38.48 | 1059.02 |
| Medicare | | 8.99 | 247.67 |
| Fed Income Tax | S 0 | 49.47 | 1674.73 |
| PA Income Tax | | 19.05 | 524.39 |
| PA Unemploy | | 0.37 | 10.25 |
| PA LRIDE-Del LS | | 2.00 | 38.00 |
| **TOTAL** | | **118.36** | **3454.06** |

| **NET PAY** | THIS PERIOD ($) 502.24 | YTD ($) 13626.94 |
|---|---|---|

Payrolls by Paychex, Inc.

0027 0027-LB74    Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION OF AMERICA
MACDADE BLVD & FAIRVIEW RD
WOODLYN PA 19094

ORG 1400 Child Care
EE ID: 42    DD

| DATE | CHECK NO. |
|---|---|
| 08/29/2019 | 2585 |

PAY TO THE ORDER OF

LINDA GRIMES
1300 RAMBLEWOOD LANE
WOODLYN PA 19094

Total Net Direct Deposit(s)
**$739.60**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**VOID**

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 08/12/19 to 08/25/19
Check Date: 08/29/19    Check #: 2585

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 739.60 | 13124.70 |
| **NET PAY** | **739.60** | **13124.70** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | | 1079.00 | 12516.40 |
| Personal | 36.00 | 11.6000 | 417.60 | 52.00 | 603.20 |
| Holiday | | | | 32.00 | 371.20 |
| Sick | | | | 72.00 | 835.20 |
| Vacation | 44.00 | 11.6000 | 510.40 | 184.00 | 2134.40 |
| Total Hours | 80.00 | | | 1419.00 | |
| Gross Earnings | | | 928.00 | | 16460.40 |
| Total Hrs Worked | 36.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 57.53 | 1020.54 |
| Medicare | | 13.46 | 238.68 |
| Fed Income Tax | S 0 | 86.36 | 1525.26 |
| PA Income Tax | | 28.49 | 505.34 |
| PA Unemploy | | 0.56 | 9.88 |
| PA LRIDE-Del LS | | 2.00 | 36.00 |
| **TOTAL** | | **188.40** | **3335.70** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 739.60 | 13124.70 |

Payrolls by Paychex, Inc.

0027 0027-LB74    Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION
OF AMERICA
MACDADE BLVD & FAIRVIEW RD
WOODLYN PA 19094

ORG: 400 Child Care
EE ID: 42

DATE: 08/15/2019
CHECK NO.: 2576

PAY TO THE ORDER OF

LINDA GRIMES
1300 RAMBLEWOOD LANE
WOODLYN PA 19094

Total Net Direct Deposit(s)
**$739.59**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 07/29/19 to 08/11/19
Check Date: 08/15/19    Check #: 2576

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 739.59 | 12385.10 |
| NET PAY | 739.59 | 12385.10 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | | 1079.00 | 12516.40 |
| Personal | | | | 16.00 | 185.60 |
| Holiday | | | | 32.00 | 371.20 |
| Sick | | | | 72.00 | 835.20 |
| Vacation | 80.00 | 11.6000 | 928.00 | 140.00 | 1624.00 |
| Total Hours | 80.00 | | | 1339.00 | |
| Gross Earnings | | | 928.00 | | 15532.40 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 57.54 | 963.01 |
| Medicare | | 13.46 | 225.22 |
| Fed Income Tax | S 0 | 86.36 | 1438.90 |
| PA Income Tax | | 28.49 | 476.85 |
| PA Unemploy | | 0.56 | 9.32 |
| PA LRIDE-Del LS | | 2.00 | 34.00 |
| **TOTAL** | | 188.41 | 3147.30 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 739.59 | 12385.10 |

Payrolls by Paychex, Inc.

0027 0027-LB74  Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA  19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION OF AMERICA
MACDADE BLVD & FAIRVIEW RD
WOODLYN PA 19094

ORG: 0027
EE ID: 42
DD

| DATE | CHECK NO. |
|---|---|
| 08/01/2019 | 2567 |

PAY TO THE ORDER OF

LINDA GRIMES
1300 RAMBLEWOOD LANE
WOODLYN PA 19094

Total Net Direct Deposit(s)
**$712.73**
AMOUNT

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE         FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 07/15/19 to 07/28/19
Check Date: 08/01/19    Check #: 2567

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 712.73 | 11645.51 |
| **NET PAY** | **712.73** | **11645.51** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 13.00 | 11.6000 | 150.80 | 1079.00 | 12516.40 |
| Personal | 12.00 | 11.6000 | 139.20 | 16.00 | 185.60 |
| Holiday | | | | 32.00 | 371.20 |
| Sick | 52.00 | 11.6000 | 603.20 | 72.00 | 835.20 |
| Vacation | | | | 60.00 | 696.00 |
| Total Hours | 77.00 | | | 1259.00 | |
| Gross Earnings | | | 893.20 | | 14604.40 |
| Total Hrs Worked | 25.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.38 | 905.47 |
| Medicare | | 12.95 | 211.76 |
| Fed Income Tax | S 0 | 82.18 | 1352.54 |
| PA Income Tax | | 27.42 | 448.36 |
| PA Unemploy | | 0.54 | 8.76 |
| PA LRIDE-Del LS | | 2.00 | 32.00 |
| **TOTAL** | | **180.47** | **2958.89** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 712.73 | 11645.51 |

Payrolls by Paychex, Inc.

0027 0027-LB74  Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION OF AMERICA SPO    0027
OF AMERICA    ORG 400 Child Care
MACDADE BLVD & FAIRVIEW RD    EE ID: 42    DD
WOODLYN PA 19094

| DATE | CHECK NO. |
|---|---|
| 07/18/2019 | 2558 |

PAY TO THE ORDER OF

LINDA GRIMES
1300 RAMBLEWOOD LANE
WOODLYN PA 19094

Total Net Direct Deposit(s)
**$744.08**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

FOLD AND REMOVE                                                        FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 07/01/19 to 07/14/19
Check Date: 07/18/19    Check #: 2558

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 72.50 | 11.6000 | 841.00 | 1066.00 | 12365.60 |
| Personal | | | | 4.00 | 46.40 |
| Holiday | 8.00 | 11.6000 | 92.80 | 32.00 | 371.20 |
| Sick | | | | 20.00 | 232.00 |
| Vacation | | | | 60.00 | 696.00 |
| Total Hours | 80.50 | | | 1182.00 | |
| Gross Earnings | | | 933.80 | | 13711.20 |
| Total Hrs Worked | 72.50 | | | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 744.08 | 10932.78 |
| **NET PAY** | **744.08** | **10932.78** |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 57.89 | 850.09 |
| Medicare | | 13.54 | 198.81 |
| Fed Income Tax | S 0 | 87.06 | 1270.36 |
| PA Income Tax | | 28.67 | 420.94 |
| PA Unemploy | | 0.56 | 8.22 |
| PA LRIDE-Del LS | | 2.00 | 30.00 |
| **TOTAL** | | **189.72** | **2778.42** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 744.08 | 10932.78 |

Payrolls by Paychex, Inc.

0027 0027-LB74  Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION OF AMERICA SPO 0027-LB74
OF AMERICA                                   ORG 400 Child Care
MACDADE BLVD & FAIRVIEW RD
WOODLYN PA 19094                             EE ID: 42        DD

| DATE | CHECK NO. |
|---|---|
| 07/03/2019 | 2549 |

PAY TO THE ORDER OF

LINDA GRIMES
1300 RAMBLEWOOD LANE
WOODLYN PA 19094

Total Net Direct Deposit(s)
**$766.47**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 06/17/19 to 06/30/19
Check Date: 07/03/19   Check #: 2549

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 766.47 | 10188.70 |
| **NET PAY** | **766.47** | **10188.70** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 75.00 | 11.6000 | 870.00 | 993.50 | 11524.60 |
| Personal | | | | 4.00 | 46.40 |
| Holiday | | | | 24.00 | 278.40 |
| Sick | | | | 20.00 | 232.00 |
| Vacation | 8.00 | 11.6000 | 92.80 | 60.00 | 696.00 |
| Total Hours | 83.00 | | | 1101.50 | |
| Gross Earnings | | | 962.80 | | 12777.40 |
| Total Hrs Worked | 75.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 59.69 | 792.20 |
| Medicare | | 13.96 | 185.27 |
| Fed Income Tax | S 0 | 90.54 | 1183.30 |
| PA Income Tax | | 29.56 | 392.27 |
| PA Unemploy | | 0.58 | 7.66 |
| PA LRIDE-Del LS | | 2.00 | 28.00 |
| **TOTAL** | | **196.33** | **2588.70** |

| **NET PAY** | THIS PERIOD ($) 766.47 | YTD ($) 10188.70 |
|---|---|---|

Payrolls by Paychex, Inc.

0027 0027-LB74  Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION OF AMERICA  
MACDADE BLVD & FAIRVIEW RD  
WOODLYN PA 19094

ORG: 0027  
EE ID: 42  
DD

DATE: 06/20/2019  
CHECK NO.: 2539

PAY TO THE ORDER OF:  
LINDA GRIMES  
1300 RAMBLEWOOD LANE  
WOODLYN PA 19094

Total Net Direct Deposit(s) **$728.41**

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**  
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**  
Linda Grimes  
1300 Ramblewood Lane  
Woodlyn, PA 19094  
Soc Sec #: xxx-xx-xxxx   Employee ID: 42

Home Department: 400 Child Care

Pay Period: 06/03/19 to 06/16/19  
Check Date: 06/20/19   Check #: 2539

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 728.41 | 9422.23 |
| **NET PAY** | **728.41** | **9422.23** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 78.75 | 11.6000 | 913.50 | 918.50 | 10654.60 |
| Personal | | | | 4.00 | 46.40 |
| Holiday | | | | 24.00 | 278.40 |
| Sick | | | | 20.00 | 232.00 |
| Vacation | | | | 52.00 | 603.20 |
| Total Hours | 78.75 | | | 1018.50 | |
| Gross Earnings | | | 913.50 | | 11814.60 |
| Total Hrs Worked | 78.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 56.64 | 732.51 |
| Medicare | | 13.24 | 171.31 |
| Fed Income Tax | S 0 | 84.62 | 1092.76 |
| PA Income Tax | | 28.04 | 362.71 |
| PA Unemploy | | 0.55 | 7.08 |
| PA LRIDE-Del LS | | 2.00 | 26.00 |
| **TOTAL** | | **185.09** | **2392.37** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **728.41** | **9422.23** |

Payrolls by Paychex, Inc.

0027 0027-LB74   Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION OF AMERICA SPO  0027 LB74
OF AMERICA                                  ORG1:400 Child Care
MACDADE BLVD & FAIRVIEW RD                  EE ID: 42        DD
WOODLYN PA 19094

| DATE | CHECK NO. |
|---|---|
| 06/06/2019 | 2529 |

PAY TO THE  LINDA GRIMES
ORDER OF    1300 RAMBLEWOOD LANE
            WOODLYN PA 19094

Total Net Direct Deposit(s)
**$723.92**
AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                  FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 05/20/19 to 06/02/19
Check Date: 06/06/19    Check #: 2529

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 723.92 | 8693.82 |
| **NET PAY** | **723.92** | **8693.82** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 66.25 | 11.6000 | 768.50 | 839.75 | 9741.10 |
| Personal | | | | 4.00 | 46.40 |
| Holiday | 8.00 | 11.6000 | 92.80 | 24.00 | 278.40 |
| Sick | | | | 20.00 | 232.00 |
| Vacation | 4.00 | 11.6000 | 46.40 | 52.00 | 603.20 |
| Total Hours | 78.25 | | | 939.75 | |
| Gross Earnings | | | 907.70 | | 10901.10 |
| Total Hrs Worked | 66.25 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 56.28 | 675.87 |
| Medicare | | 13.17 | 158.07 |
| Fed Income Tax | S 0 | 83.92 | 1008.14 |
| PA Income Tax | | 27.87 | 334.67 |
| PA Unemploy | | 0.54 | 6.53 |
| PA LRIDE-Del LS | | 2.00 | 24.00 |
| **TOTAL** | | 183.78 | 2207.28 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 723.92 | 8693.82 |

Payrolls by Paychex, Inc.

DYNAMIC FITNESS CORPORATION OF AMERICA SPO  0027 LB74
OF AMERICA                                  ORG 1 400 Child Care
MACDADE BLVD & FAIRVIEW RD                  EE ID: 42    DD
WOODLYN PA 19094

| DATE | CHECK NO. |
|---|---|
| 05/23/2019 | 2519 |

PAY TO THE        LINDA GRIMES
ORDER OF          1300 RAMBLEWOOD LANE
                  WOODLYN PA 19094

Total Net Direct Deposit(s)
**$710.49**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE.

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 05/06/19 to 05/19/19
Check Date: 05/23/19    Check #: 2519

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 710.49 | 7969.90 |
| **NET PAY** | **710.49** | **7969.90** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 76.75 | 11.6000 | 890.30 | 773.50 | 8972.60 |
| Personal | | | | 4.00 | 46.40 |
| Holiday | | | | 16.00 | 185.60 |
| Sick | | | | 20.00 | 232.00 |
| Vacation | | | | 48.00 | 556.80 |
| Total Hours | 76.75 | | | 861.50 | |
| Gross Earnings | | | 890.30 | | 9993.40 |
| Total Hrs Worked | 76.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.20 | 619.59 |
| Medicare | | 12.91 | 144.90 |
| Fed Income Tax | S 0 | 81.84 | 924.22 |
| PA Income Tax | | 27.33 | 306.80 |
| PA Unemploy | | 0.53 | 5.99 |
| PA LRIDE-Del LS | | 2.00 | 22.00 |
| **TOTAL** | | **179.81** | **2023.50** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 710.49 | 7969.90 |

Payrolls by Paychex, Inc.

0027 0027 LB74  Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA 19094 • (610) 833-2000

DYNAMIC FITNESS CORPORATION OF AMERICA SPO  0027
OF AMERICA                                  ORG 1 400 Child Care
MACDADE BLVD & FAIRVIEW RD                  EE ID: 42          DD
WOODLYN PA 19094

| | |
|---|---|
| 05/09/2019 | 2509 |
| DATE | CHECK NO. |

PAY TO THE ORDER OF   LINDA GRIMES
                     1300 RAMBLEWOOD LANE
                     WOODLYN PA 19094

Total Net Direct Deposit(s)
**$730.66**
AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Grimes
1300 Ramblewood Lane
Woodlyn, PA 19094
Soc Sec #: xxx-xx-xxxx    Employee ID: 42

Home Department: 400 Child Care

Pay Period: 04/22/19 to 05/05/19
Check Date: 05/09/19    Check #: 2509

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5218 | 730.66 | 7259.41 |
| **NET PAY** | **730.66** | **7259.41** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 79.00 | 11.6000 | 916.40 | 696.75 | 8082.30 |
| Personal | | | | 4.00 | 46.40 |
| Holiday | | | | 16.00 | 185.60 |
| Sick | | | | 20.00 | 232.00 |
| Vacation | | | | 48.00 | 556.80 |
| **Total Hours** | 79.00 | | | 784.75 | |
| **Gross Earnings** | | | 916.40 | | 9103.10 |
| **Total Hrs Worked** | 79.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 56.81 | 564.39 |
| Medicare | | 13.28 | 131.99 |
| Fed Income Tax | S 0 | 84.97 | 842.38 |
| PA Income Tax | | 28.13 | 279.47 |
| PA Unemploy | | 0.55 | 5.46 |
| PA LRIDE-Del LS | | 2.00 | 20.00 |
| **TOTAL** | | 185.74 | 1843.69 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 730.66 | 7259.41 |

Payrolls by Paychex, Inc.

0027 0027-LB74  Dynamic Fitness Corporation Of America Sports Factory • Of America • Macdade Blvd & Fairview Rd • Woodlyn PA  19094 • (610) 833-2000